**Electronically Filed
Supreme Court
SCWC-22-0000347
17-OCT-2025
08:21 AM
Dkt. 11 ODAC**

SCWC-22-0000347

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

1 OAK VENTURES STEP FUND LLC,
Respondent/Plaintiff-Appellee,

vs.

BRETT CHRISTIANSEN,
Petitioner/Defendant-Appellant,

and

ARGENT MORTGAGE COMPANY, LLC; U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2007-AMC3; DEPARTMENT OF TAXATION-STATE OF HAWAIʻI;
UNITED STATES OF AMERICA-DEPARTMENT OF TREASURY-
INTERNAL REVENUE SERVICE,
Respondents.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000347; CASE NO. 2CCV-20-0000090)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nakamoto, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Brett Christiansen's

application for writ of certiorari filed on September 8, 2025,

is rejected.

DATED:  Honolulu, Hawai'i, October 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto



2